IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THOMAS M. BUNCH                                                              PLAINTIFF

v.                                          Civil Action No. 1:16-cv-00076-GHD-RDP

JOSE E. CHAVEZ AND TRUCKING COMPANY,
XYZ CORPORATION AND OTHER PERSONS
AND/OR ENTITIES UNKNOWN                                                     DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Came the parties, by their attorneys of record, and announced to the Court that all matters and things in controversy between the parties have been compromised and settled in full and that this case should be dismissed with prejudice, which the Court approves;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Complaint, as amended, and this case, be and hereby is, dismissed with prejudice.

THIS, the 9th day of January, 2017.

_____
SENIOR U.S. DISTRICT JUDGE

Approved and Agreed:

GREGORY D. KEENUM P.A.


BY: /s Gregory D. Keenum
    Gregory D. Keenum (MS B.P.R. # 3542)
    Attorneys for Plaintiff
    219 West College Street
    Booneville, MS 38829
    Greg@KeenumLaw.com


THE RICHARDSON LAW FIRM


BY: /s John D. Richardson
    John D. Richardson (TN B.P.R. # 6124)
    Attorneys for Defendant Jose E. Chavez
    25 Dr. ML King Jr., Suite 309
    Memphis, TN 38103
    (901) 521-1122 – Voice & Fax (VoIP)
    RLF No. 7310
    Danny.Richardson@RichardsonLawFirm.com


HICKMAN, GOZA & SPRAGGINS, PLLC


BY: /s Russell B. Jordan
    Russell B. Jordan (MS # 102366)
    Attorneys for Defendant Jose E. Chavez
    P.O. Box 16340
    Memphis, TN 38186
    (901) 881-9840 Ext 102 - phone
    (844) 256-0993 – fax
    RJordan@Hickmanlaw.com