IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KEITH JONES** **PLAINTIFF**

v. **CIVIL ACTION NO. 1:15-cv-185-GHD-DAS**

**FXI, INC. D/B/A FOAMEX INNOVATIONS**
**OPERATING COMPANY** **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has been advised by counsel that this action has been settled.

It is ORDERED that the action is DISMISSED with prejudice.

SO ORDERED, this, the 31st day of August, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ *Victor Israel Fleitas*
Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
Telephone: (662) 840-0270
Facsimile (662) 840-1047
fleitasv@bellsouth.net

Attorney for Plaintiff

/s/ *Scott W. Pedigo*
Scott W. Pedigo (MB No. 10735)
spedigo@bakerdonelson.com
Adria H. Jetton (MB No. 104094)
ajetton@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Attorneys for Defendant